UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN B. BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRANCH, C. BLOOD, and NUA, King County Corrections Officers,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-cv-01055-LK-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL, DKT. 11.** |

　　　　Plaintiff, a prisoner at the Coyote Ridge Corrections Center filed a *pro se* civil rights complaint against King County Jail corrections officers alleging they used excessive force in 2022. *See* Complaint at Dkt. 5. The Court, has reviewed the Plaintiff's motion and the record and **ORDERS** as follows:

　　　　(1)　　The Court **DENIES** without prejudice Plaintiff's motion for counsel. Dkt. 11. A person filing a civil lawsuit generally has no right to counsel. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for an indigent civil litigant but only if "exceptional circumstances" exist. *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 9th Cir. 2004). To determine if "exceptional circumstances" exist, the Court considers the likelihood of success on the merits, and the ability of Plaintiff to articulate his claims *pro se* given the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL, DKT.
11. - 1

Cir. 1983).

Plaintiff argues the Court should appoint counsel because he has limited access to the law library; it is difficult to conduct discovery while detained, his rights were "seriously violated," and counsel should be appointed under *Gideon v. Wainwright.* Plaintiff's rationale for appointment of counsel applies to a significant number of *pro se* prisoner lawsuits and thus does not constitute an exceptional circumstance. Further, Plaintiff alleges Defendants beat him. He has thus far been able to articulate his claims for relief despite his claimed limitations, and it is too early to determine the merits of the allegation.

(2)   The Clerk shall provide a copy of this Order to the parties.

DATED this 24th day of July, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL, DKT.
11. - 2